UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR118-019 |
| | ) | |
| LERONE E. TURNER | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Melissa C. Bray** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Melissa C. Bray be granted leave of absence for the following periods: **June 9, 2018 through June 16, 2018; and July 25, 2018 through July 30, 2018.**

This 1ST day of June, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA